**O**

# United States District Court
# Central District of California

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     v.<br><br>THE DENTISTS INSURANCE COMPANY,<br><br>           Defendant. | Case No. 2:14-cv-08737-ODW(ASx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///
///
///

1       In light of the Notice of Settlement (ECF No. 49), the Court hereby **ORDERS**

2 the parties **TO SHOW CAUSE**, in writing, by January 23, 2017, why settlement has

3 not been finalized.  No hearing will be held.  All other dates and deadlines in this

4 action are **VACATED** and taken off calendar.  The Court will discharge this Order

5 upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

6

7       **IT IS SO ORDERED.**

8       December 22, 2016

9

10       _____

11                 **OTIS D. WRIGHT, II**

            **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28